# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0135
Lower Tribunal Nos. 13-18678 SP, 20-116 AP
_____

**United Automobile Insurance Company, etc.,**
Appellant,

vs.

**Skylake Medical Center, Inc., etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Patricia Marino Pedraza, Judge.

Michael J. Neimand, for appellant.

Todd Landau, P.A., and Todd Landau (Hollywood), for appellee.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.